IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TEVIN J. BREVARD,

      Plaintiff,

v.                                           Civil Action No. 3:19CV26

NURSE DESOUZA,

      Defendant.

## MEMORANDUM OPINION

Plaintiff, a Virginia prisoner proceeding *pro se*, brings this 42 U.S.C. § 1983 action. By Memorandum Order entered on October 9, 2019, the Court directed service on Defendant. The summons was returned executed on November 13, 2019, and on November 21, 2019, Defendant Desouza also proceeding *pro se*, filed an answer. Plaintiff indicated that he was released from incarceration and provided a new address on October 11, 2019. Since that time, the Court has not received any correspondence from Plaintiff. Accordingly, by Memorandum Order entered on January 13, 2020, the Court ordered that, within fourteen (14) days of the date of entry thereof, Plaintiff was directed to notify the Court of his continued interest in litigating this action. The Court warned that if Plaintiff failed to respond within that time, the Court would dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b).

More than fourteen days have elapsed since the entry of the January 13, 2020 Memorandum Order and Plaintiff has not contacted the Court to express his continued interest in litigating this action. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate order shall issue.

/s/ _____
John A. Gibney, Jr.
United States District Judge

Date: 10 February 2020
Richmond, Virginia